DOCUMENTS TO BE SEALED

PLAINTIFF         DOC # ___

-V-

DEFENDANT

DOCKET NUMBER: 20 CV 8685

DATE FILED: OCT 1 9 2020

SIGNED BY: JUDGE VYSKOCIL

DATE SIGNED: OCT 1 6 2020

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

___ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS