UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

FITEXIN S.A.S. and LAINIÈRE DE PICARDIE, INC.,

          Plaintiffs,

-against-

PRECISION TEXTILES LLC f/k/a PRECISION CUSTOM COATINGS LLC, P. & S. TEXTILES, INC., P. & S. TEXTILES ASIA, INC., CAMI INVESTMENTS, LLC, PRL ENTERPRISES FLORIDA, LLC, PETER LONGO, SCOTT TESSER, and CARLOS MONTOYA,

          Defendants.

Civil Action No. 20-cv-8685

ORDER GRANTING
PLAINTIFFS' AMENDED
*EX PARTE* MOTION
FOR LEAVE TO FILE
EXHIBITS 1 AND 2
TO THE COMPLAINT
UNDER SEAL

MARY KAY VYSKOCIL, United States District Judge:

      On October 13, 2020, Plaintiffs Fitexin S.A.S. and Lainière de Picardie, Incorporated ("Plaintiffs") filed an *Ex Parte* Motion for Leave to File Exhibits 1 and 2 to the Complaint Under Seal, and a brief and the Declaration of Eric R. Breslin in support thereof. Specifically, Plaintiffs requested that the Equity and Asset Purchase Agreement (Exhibit 1), which is more than three hundred pages in length, and the Restrictive Covenant Agreement (Exhibit 2) be sealed in their entirety. The Court denied without prejudice Plaintiffs' *Ex Parte* Motion, finding that the proposed redactions were overbroad and not appropriately tailored to Plaintiffs interest in keeping secret commercially sensitive, proprietary, nonpublic, trade-secret information.

      On October 16, 2020, Plaintiffs resubmitted the two Exhibits with redactions and a spreadsheet explaining the purpose of each redaction. The Court has carefully reviewed the resubmitted exhibits and redactions and finds that Plaintiff's interest in maintaining the secrecy of the redacted information in Exhibits 1 and 2 outweighs the presumption of public access to these judicial documents. *See, e.g.*, *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp.

2d 630, 649–650 (S.D.N.Y. 2011) (finding that the defendants' privacy interests in marketing strategies, product development, costs and budgeting outweighed the presumption of public access).

Accordingly, the Court hereby GRANTS Plaintiffs leave to file the Complaint with redacted copies of Exhibits 1 and 2 and to file unredacted copies of Exhibits 1 and 2 under seal. Plaintiff shall serve Defendants with unredacted Exhibits to the Complaint.

**SO ORDERED.**

Date:  **October 16, 2020**         **MARY KAY VYSKOCIL**
       **New York, New York**        **United States District Judge**
                                     **Part One**